B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of Washington | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Prium Companies, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**32-0138717** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6416 Pacific Hwy E.  #300**<br>**Tacoma, WA**<br><div align="right">ZIP Code<br>**98424**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Pierce** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11 ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12 of a Foreign Main Proceeding<br>☐ Chapter 13 ☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

<div align="right">THIS SPACE IS FOR COURT USE ONLY</div>

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Prium Companies, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)              (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>■  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Prium Companies, LLC**

<div style="text-align:center">Signatures</div>

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Diana K. Carey**
Signature of Attorney for Debtor(s)

**Diana K. Carey 16239**
Printed Name of Attorney for Debtor(s)

**Karr Tuttle Campbell**
Firm Name

**701 Fifth Avenue
Suite 3300
Seattle, WA 98104**

Address

**206 223 1313  Fax: 206 682 7100**
Telephone Number

**August 15, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Eric D. Orse**
Signature of Authorized Individual

**Eric D. Orse**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**August 15, 2014**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re  **Prium Companies, LLC**                                                ,     Case No. _____

                                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Hyun J. Um**<br>**Western District of Washington** | **10-46731**<br>**Member** | **08/17/10**<br>**Paul B. Snyder** |
| **Prium Tacoma Buildings, LLC**<br>**Western District of Washington at Tacoma** | **14-40771-PBS**<br>**Affiliate** | **02/17/14**<br>**Paul B. Snyder** |
| **Thomas W. Price**<br>**Westerm District of Washington** | **10-46732-PBS**<br>**Member** | **08/17/10**<br>**Paul B. Snyder** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Washington

In re    **Prium Companies, LLC**                 Case No. _____
                                 Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bader Martin P.S.**<br>**Attn: Steve Bisop**<br>**1000 Second Avenue, 34th Floor**<br>**Seattle, WA 98104** | **Bader Martin P.S.**<br>**Attn: Steve Bisop**<br>**1000 Second Avenue, 34th Floor**<br>**Seattle, WA 98104** | **Trade Debt** | | **33,305.98** |
| **Bingo Investments LLC**<br>**Sharon G. Bingham 2007 Trust**<br>**10801 Main Street Ste 100**<br>**Bellevue, WA 98004** | **Bingo Investments LLC**<br>**Sharon G. Bingham 2007 Trust**<br>**10801 Main Street Ste 100**<br>**Bellevue, WA 98004** | **Loan transfer and membership purchase agreement** | **Unliquidated Disputed** | **23,172,600.00** |
| **Christie Law Group, PLLC**<br>**c/o Robert Christie**<br>**2100 Westlake Ave N Ste 206**<br>**Seattle, WA 98109** | **Christie Law Group, PLLC**<br>**c/o Robert Christie**<br>**2100 Westlake Ave N Ste 206**<br>**Seattle, WA 98109** | **Trade Debt** | | **206,621.84** |
| **Doty, Beardsley, Rosengren & C**<br>**Attn: Paul Doty**<br>**4301 South Pine St. Ste. 400**<br>**Tacoma, WA 98409** | **Doty, Beardsley, Rosengren & C**<br>**Attn: Paul Doty**<br>**4301 South Pine St. Ste. 400**<br>**Tacoma, WA 98409** | **Trade Debt** | | **53,984.00** |
| **Intervest-Mortgage Investment**<br>**c/o Witherspoon Kelley**<br>**422 Riverside Avenue Ste 1100**<br>**Spokane, WA 99201** | **Intervest-Mortgage Investment**<br>**c/o Witherspoon Kelley**<br>**422 Riverside Avenue Ste 1100**<br>**Spokane, WA 99201** | **Settlement agreement** | | **1,860,000.00** |
| **Lorraine A. Olson Rev. Trust**<br>**c/o Steve Olson**<br>**6622 112th Street E**<br>**Puyallup, WA 98373** | **Lorraine A. Olson Rev. Trust**<br>**c/o Steve Olson**<br>**6622 112th Street E**<br>**Puyallup, WA 98373** | **Promissory note** | | **138,000.00** |
| **Mendi Sakamoto**<br>**19940 SW 58th Terrace**<br>**Tualatin, OR 97062** | **Mendi Sakamoto**<br>**19940 SW 58th Terrace**<br>**Tualatin, OR 97062** | **Settlement Agreement** | | **38,610.00** |

B4 (Official Form 4) (12/07) - Cont.

In re __Prium Companies, LLC_____     Case No. _____

                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Mueller & Partin CPAs & Forens**<br>**Attn: Jamie Nelson**<br>**Washington Federal Center**<br>**400 108th Ave. NE  Ste 615**<br>**Bellevue, WA 98004** | **Mueller & Partin CPAs & Forens**<br>**Attn: Jamie Nelson**<br>**Washington Federal Center**<br>**Bellevue, WA 98004** | **Trade Debt** | | **21,167.61** |
| **Nationwide Affordable Housin**<br>**c/o Bart Reed**<br>**Stoel Rives**<br>**600 University St Ste 3600**<br>**Seattle, WA 98101-3197** | **Nationwide Affordable Housin**<br>**c/o Bart Reed**<br>**Stoel Rives**<br>**Seattle, WA 98101-3197** | **Guaranty** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **588,456.00** |
| **Olson Brothers Excavating Inc.**<br>**c/o Spencer Law Firm, LLC**<br>**1326 Tacoma Ave S  Ste. 200**<br>**Tacoma, WA 98402** | **Olson Brothers Excavating Inc.**<br>**c/o Spencer Law Firm, LLC**<br>**1326 Tacoma Ave S  Ste. 200**<br>**Tacoma, WA 98402** | **Agreement** | | **42,000.00** |
| **Orlandini & Waldron**<br>**Attn: Mark Waldron**<br>**6711 Regents Blvd**<br>**Tacoma, WA 98466-5421** | **Orlandini & Waldron**<br>**Attn: Mark Waldron**<br>**6711 Regents Blvd**<br>**Tacoma, WA 98466-5421** | **Trade Debt** | **Disputed** | **14,385.00** |
| **Sherwin Williams Co.**<br>**c/o Frank Raymond Siderius**<br>**Siderius Lonergan & Martin LLP**<br>**500 Union St Ste 847**<br>**Seattle, WA 98101-2394** | **Sherwin Williams Co.**<br>**c/o Frank Raymond Siderius**<br>**Siderius Lonergan & Martin LLP**<br>**Seattle, WA 98101-2394** | **Spokane Co. Case No. 09-2-04911-9 Judgment no. 10-9-01958-8** | | **85,226.55** |
| **Shillito & Giske PS**<br>**Attn: Noel Shillito**<br>**1919 N Pearl St**<br>**Tacoma, WA 98406** | **Shillito & Giske PS**<br>**Attn: Noel Shillito**<br>**1919 N Pearl St**<br>**Tacoma, WA 98406** | **Trade Debt** | | **12,130.00** |
| **Spokane Rock I, LLC**<br>**Laura Marquez-Garrett**<br>**Lane Powell PC**<br>**420 5th Ave Ste 4200**<br>**Seattle, WA 98111** | **Spokane Rock I, LLC**<br>**Laura Marquez-Garrett**<br>**Lane Powell PC**<br>**Seattle, WA 98111** | **Judgment and Unliquidated Claim** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **26,000,000.00** |
| **Sterling Bank**<br>**Attn: B. Sicilia or J. Delp**<br>**111 N Wall St.  Ste 203**<br>**Spokane, WA 99201** | **Sterling Bank**<br>**Attn: B. Sicilia or J. Delp**<br>**111 N Wall St.  Ste 203**<br>**Spokane, WA 99201** | **Settlement Agreement** | | **1,860,000.00** |
| **Teris – Seattle, LLC**<br>**Attn: Evoney Williams**<br>**1001 Fourth Avenue, Suite 2110**<br>**Seattle, WA 98154** | **Teris – Seattle, LLC**<br>**Attn: Evoney Williams**<br>**1001 Fourth Avenue, Suite 2110**<br>**Seattle, WA 98154** | **Trade Debt** | | **15,196.68** |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  **Prium Companies, LLC**                                          Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Terrametric Inc.<br>c/o Janet Hill<br>PO Box 33823<br>Seattle, WA 98133-0823 | Terrametric Inc.<br>c/o Janet Hill<br>PO Box 33823<br>Seattle, WA 98133-0823 | Pierce Co. Case 10-2-08944-1 Judgment No. 10-9-07281-1 | | 14,599.71 |
| Upside Mangement LLC<br>601 108th Ave NE  Ste 1900<br>Bellevue, WA 98004 | Upside Mangement LLC<br>601 108th Ave NE  Ste 1900<br>Bellevue, WA 98004 | Assigned judgment dated Feb. 19 2010 and claim based on Agreement | Unliquidated Disputed | 3,500,000.00 |
| Velocity Capital Partners, LLC<br>McKittrick, Inc. Reciever<br>Attn: Kimberley McGair<br>121 SW Morrison Street  Ste 60<br>Portland, OR 97204 | Velocity Capital Partners, LLC<br>McKittrick, Inc. Reciever<br>Attn: Kimberley McGair<br>Portland, OR 97204 | Settlement Agreement | | 285,000.00 |
| WF Capital, Inc.<br>Lasher Holzapfel Sperry & Ebbe<br>Attn: Phil Bednar<br>601 Union St., Suite 2600<br>Seattle, WA 98101 | WF Capital, Inc.<br>Lasher Holzapfel Sperry & Ebbe<br>Attn: Phil Bednar<br>Seattle, WA 98101 | Promissory note dated Dec. 12 2007 and guaranty dated June 8, 2006. | Unliquidated Disputed | 14,802,192.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 15, 2014**                              Signature  **/s/ Eric D. Orse**
                                                                   **Eric D. Orse**
                                                                   **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court

## Western District of Washington

In re    **Prium Companies, LLC** _____ ,    Case No. _____

                                              Debtor

                                              Chapter_____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 7,040,953.52 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims   (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 83,691,913.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 7,040,953.52 | | |
| Total Liabilities | | | | 83,691,913.68 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Western District of Washington

In re   **Prium Companies, LLC**                               ,      Case No. _____

                                       Debtor                Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **Prium Companies, LLC**                                                    , Case No. _____
                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
| | | Total > | **0.00** | |
| | | (Report also on Summary of Schedules) | | |

__0__  continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Prium Companies, LLC**
_____ ,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Prium Companies, LLC** _____,   Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Century Investment Associates Membership Interest, 6416 Pacific Hwy E. #300, Tacoma WA 98424 (owns 50 tenant in common interest in underlying real property)** | - | 2,552,050.00 |
| | | **Tower Mall LLC**<br>**Location: 6416 Pacific Hwy E. #300, Tacoma WA 98424** | - | 0.00 |
| | | **CDC Acquisition Co. I, LLC**<br>**Location: 6416 Pacific Hwy E. #300, Tacoma WA 98424** | - | 544,695.00 |
| | | **P & U Capital Partners, I, LLC**<br>**Location: 6416 Pacific Hwy E. #300, Tacoma WA 98424**<br>**(net value including negative equity subdidiaries)** | - | 390,177.00 |
| | | **P & U Capital Partners II, LLC**<br>**Location: 6416 Pacific Hwy E. #300, Tacoma WA 98424** | - | 0.00 |
| | | **Winthrop Hotel, LLC**<br>**Location: 6416 Pacific Hwy E. #300, Tacoma WA 98424** | - | 2,098,830.00 |
| | | **Prium Tacom Buildings, LLC**<br>**Location: 6416 Pacific Hwy E. #300, Tacoma WA 98424**<br>**(value reflects partial interest)** | - | 455,201.52 |
| | | **Prium Development Company, LLC**<br>**Location: 6416 Pacific Hwy E. #300, Tacoma WA 98424** | - | 1,000,000.00 |

Sub-Total >   7,040,953.52
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Best Case Bankruptcy

Case 14-44512-PBS   Doc 1   Filed 08/15/14   Ent. 08/15/14 15:23:40   Pg. 12 of 61

B6B (Official Form 6B) (12/07) - Cont.

In re   **Prium Companies, LLC**                                                    ,   Case No. _____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Rock Pointe Properties, LLC** **Location: 6416 Pacific Hwy E.  #300, Tacoma WA 98424** | - | **0.00** |
| | | **Prium White Center, LLC** **Location: 6416 Pacific Hwy E.  #300, Tacoma WA 98424** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Prium Companies, LLC** _____,  Case No. _____

_____ Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **miscellanous trucks and service vehicles estimated to be worth no more than $70,000**<br>**Location: 6416 Pacific Hwy E.  #300, Tacoma WA 98424** | - | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        0.00
(Total of this page)

Total >    7,040,953.52

Sheet  _3_  of  _3_  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Prium Companies, LLC**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

.

In re **Prium Companies, LLC** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**2** continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re __Prium Companies, LLC__ , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | | | |
| Dept. of L & I Third Floor Legal PO Box 44171 Olympia, WA 98504-4170 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| Employment Security Department Insolvency Unit PO.Box 9046 Olympia, WA 98507-9046 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| United States Attorney Attn: Bankruptcy Assistant US Courthouse 700 Stewart St, RM 5220 Seattle, WA 98101 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| US Treasury Secretary of the Treasury 1500 Pennsylvania Ave NW Washington, DC 20220 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal: 0.00
(Total of this page): 0.00  0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re   **Prium Companies, LLC**                                                    ,       Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | | | |
| **WA State Dept. of Revenue Bankruptcy/Claims Unit 2101 4th Ave #1400 Seattle, WA 98121** | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| **WA. State - Attorney General Bankruptcy & Collections Unit 800 Fifth Ave. Ste #2000 Seattle, WA 98104** | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re  **Prium Companies, LLC** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bader Martin P.S.** <br> **Attn: Steve Bisop** <br> **1000 Second Avenue, 34th Floor** <br> **Seattle, WA 98104** | | - | **Trade Debt** | | | | 33,305.98 |
| Account No. <br><br> **Bingo Investments LLC** <br> **Sharon G. Bingham 2007 Trust** <br> **10801 Main Street  Ste 100** <br> **Bellevue, WA 98004** | | - | **11/4/2008** <br> **Loan transfer and membership purchase agreement** | | X | X | 23,172,600.00 |
| Account No. <br><br> **Cascade Capitol Group** <br> **Attn: Mark Calvert** <br> **1420 Fifth Avenue   Suite 2211** <br> **Seattle, WA 98101** | | - | **Notice Only** | | | | 0.00 |
| Account No. 398232 <br><br> **Chicago Title Insurance Co.** <br> **PO Box 241718** <br> **Omaha, NE 68124** | | - | **Notice Only** | | | | 0.00 |

__10__ continuation sheets attached

| | Subtotal (Total of this page) | 23,205,905.98 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Prium Companies, LLC** _____,   Case No. _____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Christie Law Group, PLLC c/o Robert Christie 2100 Westlake Ave N Ste 206 Seattle, WA 98109 | | - | | | | | | 206,621.84 |
| Account No. | | | | Notice Only  re: Thurston Co. Case #13-2-00947-9 | | | | |
| Christopher Taylor 402 Legion Way SE Ste 101 Olympia, WA 98501 | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only re: Spokane Co. Case 09-2-04836-8 | | | | |
| Clines Air Con Services c/o Joseph Grant Carroll III 12929 E Sprague Ave Spokane, WA 99216-0721 | | - | | | | | | 0.00 |
| Account No. | | | | Trade Debt | | | | |
| Doty, Beardsley, Rosengren & C Attn: Paul Doty 4301 South Pine St. Ste. 400 Tacoma, WA 98409 | | - | | | | | | 53,984.00 |
| Account No. | | | | Notice Only re: Case No. 14-2-14472-5 SEA | | | | |
| Emanuel Jacobowitz□□ 11011 35th Ave NE Seattle, WA 98125 | | - | | | | | | 0.00 |

Sheet no. __**1**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
         (Total of this page)       **260,605.84**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prium Companies, LLC**                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Notice Only re: Pierce County Superior Court Case 13-2-09750-3 | | | | |
| Gordon & Rees LLP c/o Donald James Verfurth 701 5th Ave Ste 2100 Seattle, WA 98104 | | | | | | | | 0.00 |
| Account No. | | - | | Notice Only re: Thurston Co. Case #13-2-00947-9 | | | | |
| Gregory G Wallace 800 5th Ave Ste 3810 Seattle, WA 98104 | | | | | | | | 0.00 |
| Account No. | X | - | | 05/03/2011 Settlement agreement | | | | |
| Intervest-Mortgage Investment c/o Witherspoon Kelley 422 Riverside Avenue Ste 1100 Spokane, WA 99201 | | | | | | | | 1,860,000.00 |
| Account No. | | - | | Notice Only re: Pierce County Superior Court Case 13-2-09750-3 | | | | |
| James Benjamin Meade II Forsberg & Umlauf PS 1 N Tacoma Ave Ste 200 Tacoma, WA 98403-3131 | | | | | | | | 0.00 |
| Account No. | | - | | Notice Only re: Pierce County Superior Court Case 10-2-08944-1 | | | | |
| Janet L. Hill PO Box 33823 Seattle, WA 98133-0823 | | | | | | | | 0.00 |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,860,000.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Prium Companies, LLC** _____,                  Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Jennifer Kali Sheffield 1420 5th Ave Ste 4100 Seattle, WA 98101** | | - | | Notice Only **Attorneys for Defendant(s) in Lawsuit 12-2-01179-6 SEA** | | | | 0.00 |
| Account No. **Lane Powell PC C/O Laura Marquez-Garrett PO Box 91302 Seattle, WA 98111** | | - | | Notice Only **Attorneys for Defendant(s) in Lawsuit 12-2-01179-6 SEA** | | | | 0.00 |
| Account No. **Lorraine A. Olson Rev. Trust c/o Steve Olson 6622 112th Street E Puyallup, WA 98373** | | - | | 07/15/2013 **Promissory note** | | | | 138,000.00 |
| Account No. **Matthew Laurence Sweeney PO Box 7935 Tacoma, WA 98417-0935** | | - | | Notice Only | | | | 0.00 |
| Account No. **Mendi Sakamoto 19940 SW 58th Terrace Tualatin, OR 97062** | X | - | | Dec. 12, 2011 **Settlement Agreement** | | | | 38,610.00 |

Sheet no. __3__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                176,610.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re **Prium Companies, LLC** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only Attorneys for Defendant(s) in Lawsuit 12-2-01179-6 SEA | | | | |
| Michael Maurice Fleming Ryan Swanson & Cleveland PLLC 1201 3rd Ave Ste 3400 Seattle, WA 98101 | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only re: Lawsuit 12-2-01179-6 SEA | | | | |
| Michelle Peterson DLA Piper LLP 701 5th Ave Ste 7000 Seattle, WA 98104 | | - | | | | | | 0.00 |
| Account No. | | | | Trade Debt | | | | |
| Mueller & Partin CPAs & Forens Attn: Jamie Nelson Washington Federal Center 400 108th Ave. NE Ste 615 Bellevue, WA 98004 | | - | | | | | | 21,167.61 |
| Account No. | | | | Trade debt | | | | |
| Naegeli Deposition and Trial Attn: Christian Knox 111 SW Fifth Ave. Ste 2020 Portland, OR 97204 | | - | | | | | | 675.63 |
| Account No. | | | | November 6, 2006 Guaranty | | | | |
| Nationwide Affordable Housin c/o Bart Reed Stoel Rives 600 University St Ste 3600 Seattle, WA 98101-3197 | X | - | | | X | X | X | 588,456.00 |

Sheet no. __4__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 610,299.24

B6F (Official Form 6F) (12/07) - Cont.

In re __Prium Companies, LLC__ , Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Olson Brothers Excavating Inc.**<br>**c/o Spencer Law Firm, LLC**<br>**1326 Tacoma Ave S   Ste. 200**<br>**Tacoma, WA 98402** | | - | | 05/10/2012<br>Agreement | | | | 42,000.00 |
| Account No.<br><br>**Orlandini & Waldron**<br>**Attn: Mark Waldron**<br>**6711 Regents Blvd**<br>**Tacoma, WA 98466-5421** | | - | | Trade Debt | | | X | 14,385.00 |
| Account No.<br><br>**Queen High Full House, LLC**<br>**6416 Pacific Hwy E #300**<br>**Tacoma, WA 98424** | | - | | 11/9/2005 to 1/31/2011<br>Intercompay Loans (exclusive of Interest) | | | | 10,935,266.40 |
| Account No.<br><br>**Raymond Faulkner**<br>**c/o Adam Phillip Karp**<br>**114 W Magnolia St Ste 425**<br>**Bellingham, WA 98225** | | - | | Notice Only<br>re:  Pierce County Superior Court Case 13-2-09750-3 | | | | 0.00 |
| Account No.<br><br>**Richard Jeffrey Hyatt**<br>**Ryan Swanson & Cleveland PLLC**<br>**1201 3rd Ave Ste 3400**<br>**Seattle, WA 98101-3034** | | - | | Notice Only | | | | 0.00 |

Sheet no. __5__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,991,651.40

B6F (Official Form 6F) (12/07) - Cont.

In re **Prium Companies, LLC**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Robert Malden Hughes<br>2916 NW 133rd St<br>Vancouver, WA 98685-2370 | | - | Trade Debt | | | | 10,332.48 |
| Account No.<br><br>Salvador Alejo Mungia II<br>Gordon Thomas Honeywell<br>PO Box 1157<br>Tacoma, WA 98401 | | - | Notice Only<br>re: Lawsuit 12-2-01179-6 SEA | | | | 0.00 |
| Account No.<br><br>Sammy Woonha Lee<br>636 120th Ave NE Ste A200<br>Bellevue, WA 98005 | X | - | Notice Only | | | | 0.00 |
| Account No.<br><br>Sammy Woonha Lee<br>c/o Rick J. Wathen<br>303 Battery Street<br>Seattle, WA 98121-1419 | | - | Notice Only<br>re: Lawsuit 09-2-43631-2 | | | | 0.00 |
| Account No.<br><br>Sammy Woonha Lee<br>c/o Charles P. Moure<br>600 Stewart St Ste 1200<br>Seattle, WA 98101 | | - | Notice Only<br>re: Lawsuit 09-2-43631-2 | | | | 0.00 |

Sheet no. __6__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **10,332.48**

B6F (Official Form 6F) (12/07) - Cont.

In re **Prium Companies, LLC** _____,    Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J c | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | | Notice Only | | | | |
| Shawn Burnham Rediger<br>Williams Kastner & Gibbs<br>601 Union St Ste 4100<br>Seattle, WA 98101-2380 | | | | | | | | | 0.00 |
| Account No. | | - | | | Spokane Co. Case No. 09-2-04911-9<br>Judgment no. 10-9-01958-8 | | | | |
| Sherwin Williams Co.<br>c/o Frank Raymond Siderius<br>Siderius Lonergan & Martin LLP<br>500 Union St Ste 847<br>Seattle, WA 98101-2394 | | | | | | | | | 85,226.55 |
| Account No. | | - | | | Trade Debt | | | | |
| Shillito & Giske PS<br>Attn: Noel Shillito<br>1919 N Pearl St<br>Tacoma, WA 98406 | | | | | | | | | 12,130.00 |
| Account No. | | - | | | Notice Only | | | | |
| Spokane Rock I, LLC<br>Hokwai Woo<br>1900 Occidental Ave S Apt13<br>Seattle, WA 98134 | | | | | | | | | 0.00 |
| Account No. | | - | | | Judgment and Unliquidated Claim | | | | |
| Spokane Rock I, LLC<br>Laura Marquez-Garrett<br>Lane Powell PC<br>420 5th Ave Ste 4200<br>Seattle, WA 98111 | | | | | | X | X | X | 26,000,000.00 |

Sheet no. __7___ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)     26,097,356.55

B6F (Official Form 6F) (12/07) - Cont.

In re __Prium Companies, LLC_____,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | - | | **Trade Debt** | | | | |
| **Starkovich Reporting Services**<br>**Attn: Mariel Johnson**<br>**P.O. Box 22884**<br>**Seattle, WA 98112** | | | | | | | | | **2,163.80** |
| **Account No.** | | | - | | 05/11/2011<br>**Settlement Agreement** | | | | |
| **Sterling Bank**<br>**Attn: B. Sicilia or J. Delp**<br>**111 N Wall St. Ste 203**<br>**Spokane, WA 99201** | X | | | | | | | | **1,860,000.00** |
| **Account No.** | | | - | | **Notice Only** | | | | |
| **Stew Cogan**<br>**Stew Cogan Arbitrator-Mediator**<br>**1420 5th Ave Ste 3400**<br>**Seattle, WA 98101** | | | | | | | | | **0.00** |
| **Account No.** | | | - | | **Trade Debt** | | | | |
| **Teris – Seattle, LLC**<br>**Attn: Evoney Williams**<br>**1001 Fourth Avenue, Suite 2110**<br>**Seattle, WA 98154** | | | | | | | | | **15,196.68** |
| **Account No.** | | | - | | Pierce Co. Case 10-2-08944-1<br>Judgment No. 10-9-07281-1 | | | | |
| **Terrametric Inc.**<br>**c/o Janet Hill**<br>**PO Box 33823**<br>**Seattle, WA 98133-0823** | | | | | | | | | **14,599.71** |

Sheet no. __8__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,891,960.19**

B6F (Official Form 6F) (12/07) - Cont.

In re **Prium Companies, LLC** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice Only  re: Thurston Co. Case #13-2-00947-9 | | | | |
| Thomas Russell Knoll JR Office of the Attorney General PO Box 40145 Olympia, WA 98504 | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only re Pierce Co. Case 10-2-11409-8 | | | | |
| Umpqua Bank c/o Daniel Andrew Brown Williams Kastner 601 Union St Ste 4100 Seattle, WA 98101-1368 | | - | | | | | | 0.00 |
| Account No. | | | | Assigned judgment dated Feb. 19 2010 and claim based on Agreement | | | | |
| Upside Mangement LLC 601 108th Ave NE  Ste 1900 Bellevue, WA 98004 | X | - | | | X | X | | 3,500,000.00 |
| Account No. | | | | Dec. 12, 2011 Settlement Agreement | | | | |
| Velocity Capital Partners, LLC McKittrick, Inc. Reciever Attn: Kimberley McGair 121 SW Morrison Street  Ste 60 Portland, OR 97204 | X | - | | | | | | 285,000.00 |
| Account No. | | | | Promissory note dated Dec. 12 2007 and guaranty dated June 8, 2006. | | | | |
| WF Capital, Inc. Lasher Holzapfel Sperry & Ebbe Attn: Phil Bednar 601 Union St., Suite 2600 Seattle, WA 98101 | X | - | | | X | X | | 14,802,192.00 |

Sheet no. __9__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     18,587,192.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Prium Companies, LLC**                                              ,        Case No. _____
_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Yost Mooney & Pugh Contractors**<br>**c/o Michael Currin**<br>**1100 US Bank Bldg**<br>**422 W Riverside Ave**<br>**Spokane, WA 99201-0369** | - | | | **Notice Only**<br>**re: Spokane Co. Case 10-2-00131.4** | | | | **0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __**10**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **83,691,913.68** |

B6G (Official Form 6G) (12/07)

.

In re  **Prium Companies, LLC**                                                                    ,                    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Prium Companies, LLC**   _____,    Case No. _____
                                                 Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chelsea Heights LLC** | **Sterling Bank**<br>**Attn: B. Sicilia or J. Delp**<br>**111 N Wall St. Ste 203**<br>**Spokane, WA 99201** |
| **Chelsea Heights LLC**<br>**6416 Pacific Hwy E.**<br>**Tacoma, WA 98424** | **Intervest-Mortgage Investment**<br>**c/o Witherspoon Kelley**<br>**422 Riverside Avenue Ste 1100**<br>**Spokane, WA 99201** |
| **Fountain Park, LLC** | **Sterling Bank**<br>**Attn: B. Sicilia or J. Delp**<br>**111 N Wall St. Ste 203**<br>**Spokane, WA 99201** |
| **Fountain Park, LLC**<br>**6416 Pacific Hwy E.**<br>**Tacoma, WA 98424** | **Intervest-Mortgage Investment**<br>**c/o Witherspoon Kelley**<br>**422 Riverside Avenue Ste 1100**<br>**Spokane, WA 99201** |
| **Hyun and Jin Um** | **Sterling Bank**<br>**Attn: B. Sicilia or J. Delp**<br>**111 N Wall St. Ste 203**<br>**Spokane, WA 99201** |
| **Hyun J and Jin S Um**<br>**J Todd Tracy**<br>**The Tracy Law Group PLLC**<br>**720 Olive Way Ste 1000**<br>**Seattle, WA 98101** | **Intervest-Mortgage Investment**<br>**c/o Witherspoon Kelley**<br>**422 Riverside Avenue Ste 1100**<br>**Spokane, WA 99201** |
| **Hyun J and Jin S Um** | **WF Capital, Inc.**<br>**Lasher Holzapfel Sperry & Ebbe**<br>**Attn: Phil Bednar**<br>**601 Union St., Suite 2600**<br>**Seattle, WA 98101** |
| **P & U Capital Partners I, LLC**<br>**6416 Pacific Hwy E. #300**<br>**Tacoma, WA 98424** | **Nationwide Affordable Housin**<br>**c/o Bart Reed**<br>**Stoel Rives**<br>**600 University St Ste 3600**<br>**Seattle, WA 98101-3197** |
| **Prium Development Company, LLC**<br>**6416 Pacific Hwy E**<br>**Tacoma, WA 98424** | **Velocity Capital Partners, LLC**<br>**McKittrick, Inc. Reciever**<br>**Attn: Kimberley McGair**<br>**121 SW Morrison Street Ste 60**<br>**Portland, OR 97204** |

**2**
____ continuation sheets attached to Schedule of Codebtors

In re   **Prium Companies, LLC**                                        ,    Case No. _____

<div align="center">Debtor</div>

<h1 align="center">SCHEDULE H - CODEBTORS</h1>
<div align="center">(Continuation Sheet)</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Prium Development Company, LLC**<br>6416 Pacific Hwy E.<br>Tacoma, WA 98424 | **Mendi Sakamoto**<br>19940 SW 58th Terrace<br>Tualatin, OR 97062 |
| **Prium Kent Retail, LLC**<br>6416 Pacifice Hwy #. #300<br>Tacoma, WA 98424 | **WF Capital, Inc.**<br>Lasher Holzapfel Sperry & Ebbe<br>Attn: Phil Bednar<br>601 Union St., Suite 2600<br>Seattle, WA 98101 |
| **Prium Meeker Mall, LLC**<br>6416 Pacific Hwy e. #300<br>Tacoma, WA 98424 | **WF Capital, Inc.**<br>Lasher Holzapfel Sperry & Ebbe<br>Attn: Phil Bednar<br>601 Union St., Suite 2600<br>Seattle, WA 98101 |
| **Prium Olympia Buildings, LLC**<br>6416 Pacific Hwy E.<br>Tacoma, WA 98424 | **Sammy Woonha Lee**<br>636 120th Ave NE  Ste A200<br>Bellevue, WA 98005 |
| **Prium Tumwater Buildings LLC**<br>6416 Pacific Hwy E.<br>Tacoma, WA 98424 | **Intervest-Mortgage Investment**<br>c/o Witherspoon Kelley<br>422 Riverside Avenue  Ste 1100<br>Spokane, WA 99201 |
| **Prium Tumwater Buildings, LLC** | **Sterling Bank**<br>Attn: B. Sicilia or J. Delp<br>111 N Wall St.  Ste 203<br>Spokane, WA 99201 |
| **Rock Point Properties, LLC**<br>Black Realty Management<br>107 S Howard St # 600<br>Spokane, WA 99201 | **Upside Mangement LLC**<br>601 108th Ave NE  Ste 1900<br>Bellevue, WA 98004 |
| **Rock Pointe Holdings, LLC**<br>c/o Black Realty Management<br>107 S Howard St # 600<br>Spokane, WA 99201 | **Upside Mangement LLC**<br>601 108th Ave NE  Ste 1900<br>Bellevue, WA 98004 |
| **Thomas and Patricia Price** | **Sterling Bank**<br>Attn: B. Sicilia or J. Delp<br>111 N Wall St.  Ste 203<br>Spokane, WA 99201 |
| **Thomas W. and Patricia Price**<br>J Todd Tracy<br>The Tracy Law Group PLLC<br>720 Olive Way Ste 1000<br>Seattle, WA 98101 | **Intervest-Mortgage Investment**<br>c/o Witherspoon Kelley<br>422 Riverside Avenue  Ste 1100<br>Spokane, WA 99201 |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Codebtors

In re   **Prium Companies, LLC**                ,      Case No. _____

<div align="center">Debtor</div>

# SCHEDULE H - CODEBTORS
<div align="center">(Continuation Sheet)</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Thomas W. and Patricia Price** | **WF Capital, Inc.**<br>**Lasher Holzapfel Sperry & Ebbe**<br>**Attn: Phil Bednar**<br>**601 Union St., Suite 2600**<br>**Seattle, WA 98101** |

Sheet  **2**  of  **2**  continuation sheets attached to the Schedule of Codebtors

# United States Bankruptcy Court
## Western District of Washington

In re   **Prium Companies, LLC**        Case No. _____

Debtor(s)      Chapter   **11** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **26**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 15, 2014** _____      Signature   **/s/ Eric D. Orse** _____

                                                      **Eric D. Orse**
                                                      **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Western District of Washington

In re    **Prium Companies, LLC**                     Case No.

                                     Debtor(s)            Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$51,947.00** | **2013: Based on Debtor's Income statement** |
| **$147,908.00** | **2012: Based on Debtors income statement** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                      SOURCE

### 3. Payments to creditors

None
■ *Complete a. or b., as appropriate, and c.*

    a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■   b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐   c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| To be supplied | | $0.00 | $0.00 |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| See attached | | | |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*[*] Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
4

**10.  Other transfers**

None   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
■      transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
       filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
■      trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
■      otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
       financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
       cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
       include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
       unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
       depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■      commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
       spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None   List all property owned by another person that the debtor holds or controls.
■

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|---------------------------------------|----------------|-------------------|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|---------------------------------------|----------------|-------------------|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---------------------------------------|---------------|-----------------------|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
☐

    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

    *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

    *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **See Attached** | | | | |

None
■

    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Thomas Price**<br>**6416 Pacific Hwy E  #300**<br>**Tacoma, WA 98424** | **past two years** |
| **Dana Dinsmore**<br>**6416 Pacific Hwy E  #300**<br>**Tacoma, WA 98424** | **past two years** |
| **Vicki Polly**<br>**6416 Pacific Hwy E  #300**<br>**Tacoma, WA 98424** | **past two years** |
| **Eric D. Orse**<br>**1931 First Ave Ste 1088**<br>**Seattle, WA 98101** | **11/5/2013 to present** |

None
☐

    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Thomas Price** | | **Past two years** |
| **Paul E. Doty** | **Doty, Beardsley, Rosengren & Co., P.S**<br>**4301 South Pine Street, Ste 400**<br>**Tacoma, WA 98409** | **past two years** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Thomas Price** | |
| **Eric D. Orse** | |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **No statements issued** | **11/5/2013 to present** |
| **Unknown what statements issued** | **June 2012 to 11/5/2013** |

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Eric Orse as Trustee for Thomas A. Price** | **Member and Manager** | **42.5% membership units** |
| **Eric Orse as Trustee for Hyun J Um** | **Member and Manager** | **42.5% membership units** |

B7 (Official Form 7) (04/13)
8

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **William Stegeman**<br>**c/o Mark Waldron**<br>**Orlandini & Waldron P.S.**<br>**6711 Regents Blvd**<br>**Tacoma, WA 98466** | **Member** | **15% membership units** |

---

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None ☐  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Thomas Price**<br>**6416 Pacific Hwy E  #300**<br>**Tacoma, WA 98424** | **Manager** | **11/5/2013** |
| **Hyun J Um.**<br>**6416 Pacific Hwy E  #300**<br>**Tacoma, WA 98424** | **Manager** | **11/5/2013** |
| **William Stegeman** | **11/5/2013** | |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **To be supplied** | | |

---

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

B7 (Official Form 7) (04/13)
9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __August 15, 2014__              Signature  __/s/ Eric D. Orse__

                                                 **Eric D. Orse**
                                                 **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# Prium Companies LLC

Active Companies:

| COMPANY | EIN: | Registered Agent and Address | Nature of Business | SAR? | Begin and end dates: | | Ownership |
|---|---|---|---|---|---|---|---|
| Century Investment Associates, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 5/9/2006 | 5/31/2014 | 100% Prium Companies, LLC |
| Tower Mall, LLC | | Matthew Sweeney 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | | 11/6/2003 | 11/30/2014 | 100% Prium Companies, LLC |
| Tower Mall Holdings, LLC | | Matthew Sweeney 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 11/3/2005 | 11/30/2014 | Tower Mall, LLC owns 100% |
| SPE III, LLC | | William Wright 505 BROADWAY #454 SEATTLE, WA 98102 | Real Estate | Y | 11/7/2005 | 11/30/2014 | Tower Mall, LLC |
| CDC Acquisition Company I LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 9/27/2004 | 9/30/2014 | 100% Prium Companies, LLC |
| CDC Properties I, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 9/27/2004 | 9/30/2014 | 100% CDC Acquisition Company I |
| 645 Woodland, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 2/29/2012 | 2/28/2015 | 100% CDC Properties I, LLC |
| P & U Capital Partners I, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 8/31/2000 | 8/31/2014 | 100% Prium Companies, LLC |
| Hanna Heights, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 11/28/2007 | 11/30/2014 | 100% P&U Capital Partners I, LLC |
| P & M Spokane Properties, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | | 1/24/2002 | 1/31/2014 | Managing member: P&U Capital Partners I, LLC 80% S and S. Equity, LLC 20% |

Case 14-44512-PBS    Doc 1    Filed 08/15/14    Ent. 08/15/14 15:23:40    Pg. 44 of 61

| COMPANY | EIN: | Registered Agent and Address | Nature of Business | SAR? | Begin and end dates: | Ownership |
|---|---|---|---|---|---|---|
| Prium Orchard Hills, LLC | 13-4316749 | Matthew Sweeney<br>6416 Pacific Hwy East<br>Tacoma WA 98417-0935 | Real Estate | Y | 12/13/2005 12/31/2014 | Member(s)<br>• P&U Capital Partners I, LLC (co-managing member) 99%<br>• SAG Orchard Hills LLC (administrative managing member) 1%<br>• NATIONWIDE AFFORDABLE HOUSING FUND 30: A RED CAPITAL TAX CREDIT FUND, LLC 99.999%<br>• SCDC, LLC .001% |
| Prium Meeker Mall, LLC | | Matthew Sweeney<br>6416 Pacific Hwy East<br>Tacoma WA 98417-0935 | Real Estate | Y | 11/29/2005 11/30/2014 | 100% P & U Capital Partners I LLC |
| Prium Richland Buildings, LLC | 04-3758121 | Matthew Sweeney<br>6416 Pacific Hwy East<br>Tacoma WA 98417-0935 | Real Estate | Y | 4/30/2003 4/30/2014 | 50% P & U Capital Partners I<br>25% PRK Associates II, LLC;<br>25% Richard H. Shaw |
| Cle Elum Property Partners, LLC | | Matthew Sweeney, Reg. Agent<br>6416 Pacific Hwy East<br>Tacoma WA 98417-0935 | Real Estate | Y | 2/15/2005 2/28/2015 | P&U Capital Partners I LLC<br>(Managing Member) - representative Hyun Um 50%<br>MVO, LLC - representative Steve Olson 50% |
| Romart Investments, LLC | | V. E. Mahrt<br>3919 Latona Ave NE #C-1A<br>Seattle WA 98105 | Real Estate | Y | 8/29/1996 8/31/2014 | 50% Romart Investments, LLC (V.E. Mahrt representative)<br>50% P & U Capital Partners I, LLC (Hyun Um representative) |
| Romart Commercial, LLC | | Vernon Mahrt<br>3919 Latona Ave NE #C-1A<br>Seattle WA 98105 | Real Estate | Y | 8/31/2004 8/31/2014 | RomartInvestment LLC', & P&U Capital Partners I, LLC |
| Prium Wapato Building, LLC | 71-0975116 | Matthew Sweeney, Reg. Agent<br>6416 Pacific Hwy East<br>Tacoma WA 98417-0935 | Real Estate | Y | 12/13/2004 12/31/2014 | 50% P & U Capital Partners I<br>50% Hughstan LLC |
| P & U Capital Partners II, LLC | | Matthew Sweeney, Reg. Agent<br>6416 Pacific Hwy East<br>Tacoma WA 98417-0935 | Real Estate | Y | 8/3/2000 8/31/2014 | 100% Prium Companies, LLC |
| Prium Kent Retail, LLC | | Matthew Sweeney, Reg. Agent<br>6416 Pacific Hwy East<br>Tacoma WA 98417-0935 | Real Estate | Y | 11/29/2014 11/30/2014 | 100% P & U Capital Partners II LLC |

| COMPANY | EIN: | Registered Agent and Address | Nature of Business | SAR? | Begin and end dates: | Ownership |
|---|---|---|---|---|---|---|
| Fountain Park, LLC | | Matthew Sweeney 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 1/31/2005 | 1/31/2014 | 100% P & U Capital Partners II LLC |
| Winthrop Hotel, LLC | | Matthew Sweeney 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 11/16/2006 | 11/30/2014 | Prium Companies LLC owns 100% |
| Prium Tacoma Buildings, LLC | 20-5122548 | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 6/16/2006 | 6/30/2014 | 51% Prium Companies, LLC 49% by Stanhugh Investments, LLC |
| Prium Development Company, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | | 6/6/1996 | 6/30/2014 | 100% Prium Companies, LLC |
| Rock Pointe Holdings, LLC | | Matthew Sweeney 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 11/3/2005 | 11/30/2014 | Rock Pointe Properties, LLC Michelle Dryer, Springing Member |
| Rock Pointe Properties, LLC | | Matthew Sweeney C/O Black Realty Mgmt Inc 107 S Howard ST #600 Spokane WA 99201 | Real Estate | Y | 9/14/2005 | 9/30/2014 | 79% Prium Companies LLC 2% H. Um, 10% Spokane Rock 1, LLC, and 9% Agnus Kwan |

**Inactive Companies:**

| COMPANY | EIN: | Registered Agent and Address | Nature of Business | SAR? | Begin and end dates: | Ownership |
|---|---|---|---|---|---|---|
| 132 South Spokane Street Building, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 9/23/2004 | 9/30/2006 | |
| 17dth Street, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 10/23/2000 | 10/31/2006 | |
| Bremerton Professional Buildings, LLC | | Hyun Um 820 'A' Street, Suite 300 Tacoma WA 98402 | Real Estate | Y | 12/23/2002 | 12/31/2006 | |
| CDC Acquisition Company I, L.L.C. | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | | 9/9/2004 | 9/30/2005 | |

| COMPANY | EIN: | Registered Agent and Address | Nature of Business | SAR? | Begin and end dates: | Ownership |
|---|---|---|---|---|---|---|
| CDC Acquisition Company II LLC (incorporated in Delaware) | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 9/27/2004 | 9/30/2012 | |
| CDC Acquisition Company II, L.L.C. (incorporated in Washington) | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 9/9/2004 | 9/30/2005 | |
| CDC Properties II, LLC 76-0766445 (incorporated in Delaware Sept. 13, 2004) | | Matthew Sweeney 820 "A" Street, Suite 300 Tacoma WA 98402 | Real Estate | Y | 9/27/2004 | 9/30/2012 | |
| Chelsea Heights Commercial Investments, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 6/2/2009 | 6/30/2010 | |
| Chelsea Heights, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 11/28/2007 | 11/30/2011 | |
| Newcastle Estates, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 4/4/2002 | 4/30/2011 | |
| North Tapps, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 4/24/2002 | 4/30/2008 | |
| P & U Capital Partners III, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 3/28/2008 | 3/31/2011 | |
| Pacific Avenue Investment Group, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 10/23/2007 | 10/31/2010 | |
| Porpoise Landing, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 6/6/2006 | 6/30/2010 | |
| Prium Aberdeen Building, LLC | | Hyun Um 820 "A" Street, Suite 300 Tacoma WA 98402 | Real Estate | Y | 9/28/2006 | 9/30/2006 | |

| COMPANY | EIN: | Registered Agent and Address | Nature of Business | SAR? | Begin and end dates: | | Ownership |
|---|---|---|---|---|---|---|---|
| Prium Commercial Properties, LLC | | Matthew Sweeney 820 "A" Street, Suite 300 Tacoma WA 98402 | Real Estate | Y | 1/1/2005 | 1/31/2010 | |
| Prium Construction Company, L.L.C. | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | | 1/24/2002 | 1/31/2011 | |
| Prium Federal Way Building, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 10/27/2004 | 10/31/2010 | |
| Prium Fife Buildings, LLC | | Hyun J. Um 8 Tacoma Ave. N Tacoma WA 98403 | Real Estate | Y | 4/30/2003 | 4/30/2005 | |
| Prium Homes, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 3/31/2011 | 7/1/2011 | |
| Prium Kennewick Buildings, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 4/1/2003 | 4/30/2010 | |
| Prium Lakewood Buildings, LLC | | Matthew Sweeney, Reg. Agent 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 4/17/2006 | 4/30/2013 | |
| Prium Medford Buildings, LLC | | Carl R Peterson 1201 Pacific Ave # 1200 Tacoma WA 98402 | Real Estate | Y | 12/13/2006 | 12/31/2007 | |
| Prium Olympia Building, LLC | | Matthew Sweeney 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 9/23/2004 | 9/30/2011 | |
| Prium Olympus Building, LLC | | Matthew Sweeney 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 3/28/2008 | 3/31/2010 | |
| Prium Property Management, LLC | | Matthew Sweeney 6416 Pacific Hwy East Tacoma WA 98417-0935 | Real Estate | Y | 10/6/2004 | 10/31/2011 | |

| COMPANY | EIN: | Registered Agent and Address | Nature of Business | SAR? | Begin and end dates: | | Ownership |
|---|---|---|---|---|---|---|---|
| Prium Rainier Vista, LLC | | Matthew Sweeney<br>6416 Pacific Hwy East<br>Tacoma WA 98417-0935 | Real Estate | Y | 5/24/2006 | 5/31/2011 | |
| Prium Richland & Vancouver Properties, LLC | | Matthew Sweeney<br>6416 Pacific Hwy East<br>Tacoma WA 98417-0935 | Real Estate | | 9/9/2004 | 9/30/2011 | |
| Prium Rochester Storage, LLC | | Matthew Sweeney<br>6416 Pacific Hwy East<br>Tacoma WA 98417-0935 | Real Estate | Y | 1/20/2006 | 1/31/2012 | |
| Prium Silverdale Buildings, LLC | | Matthew Sweeney<br>6416 Pacific Hwy East<br>Tacoma WA 98417-0935 | Real Estate | Y | 6/24/2003 | 6/30/2005 | |
| Prium Tunwater Buildings, LLC<br>47-0949976 | | Matthew Sweeney, Reg. Agent<br>6416 Pacific Hwy East<br>Tacoma WA 98417-0935 | Real Estate | Y | 1/24/2005 | 1/31/2012 | |
| Prium Vancouver Properties, LLC | | Matthew Sweeney, Reg. Agent<br>6416 Pacific Hwy East<br>Tacoma WA 98417-0935 | Real Estate | Y | 11/18/2005 | 11/30/2010 | |
| Prium White Center Building, LLC | | Matthew Sweeney<br>6416 Pacific Hwy East<br>Tacoma WA 98417-0935 | Real Estate | Y | 7/15/2003 | 7/31/2013 | Prium Companies LLC owns 100% |
| Prium Spokane Buildings, LLC | | Glenn Davis<br>107 S HOWARD STE 600<br>Spokane WA 99201 | Real Estate | Y | 7/31/2006 | 7/31/2013 | |
| Valley Packers Buildings, LLC | | Hyun Um<br>8 Tacoma Ave. N | Real Estate | Y | 1/9/2003 | 1/31/2007 | |

# United States Bankruptcy Court
## Western District of Washington

In re    **Prium Companies, LLC**              Case No. _____

Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................ $         **0.00**

   Prior to the filing of this statement I have received ........................... $         **0.00**

   Balance Due ....................................................................................... $         **0.00**

2.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 15, 2014**                 **/s/ Diana K. Carey**
                                          **Diana K. Carey 16239**
                                          **Karr Tuttle Campbell**
                                          **701 Fifth Avenue**
                                          **Suite 3300**
                                          **Seattle, WA 98104**
                                          **206 223 1313   Fax: 206 682 7100**

# United States Bankruptcy Court
## Western District of Washington

In re    **Prium Companies, LLC** _____ ,

                     Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Eric Orse as T'ee for H Um** | | **42.5%** | **Membership Interest** |
| **Eric Orse as T'ee for T Price** | | **42.5%** | **Membership Interest** |
| **Willaim Stegeman c/o Mark Waldron Orlamdomo & Waldron, P.S. 6711 Regents Blvd. Tacoma, WA 98466** | | **15%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____ **August 15, 2014** _____        Signature _**/s/ Eric D. Orse** _____

                                                **Eric D. Orse**
                                                **Manager**

     *Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                     18 U.S.C §§ 152 and 3571.

____**0**____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Washington

In re  **Prium Companies, LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 15, 2014**

**/s/ Eric D. Orse**

**Eric D. Orse/Manager**
Signer/Title

BADER MARTIN P.S.
ATTN: STEVE BISOP
1000 SECOND AVENUE, 34TH FLOOR
SEATTLE, WA 98104


BINGO INVESTMENTS LLC
SHARON G. BINGHAM 2007 TRUST
10801 MAIN STREET  STE 100
BELLEVUE, WA 98004


CASCADE CAPITOL GROUP
ATTN: MARK CALVERT
1420 FIFTH AVENUE   SUITE 2211
SEATTLE, WA 98101


CHICAGO TITLE INSURANCE CO.
PO BOX 241718
OMAHA, NE 68124


CHRISTIE LAW GROUP, PLLC
C/O ROBERT CHRISTIE
2100 WESTLAKE AVE N STE 206
SEATTLE, WA 98109


CHRISTOPHER TAYLOR
402 LEGION WAY SE STE 101
OLYMPIA, WA 98501


CLINES AIR CON SERVICES
C/O JOSEPH GRANT CARROLL III
12929 E SPRAGUE AVE
SPOKANE, WA 99216-0721


DEPT. OF L & I
THIRD FLOOR LEGAL
PO BOX 44171
OLYMPIA, WA 98504-4170


DOTY, BEARDSLEY, ROSENGREN & C
ATTN: PAUL DOTY
4301 SOUTH PINE ST. STE. 400
TACOMA, WA 98409


EMANUEL JACOBOWITZ
11011 35TH AVE NE
SEATTLE, WA 98125

```
EMPLOYMENT SECURITY DEPARTMENT
INSOLVENCY UNIT
PO.BOX 9046
OLYMPIA, WA 98507-9046


ERIC ORSE AS T'EE FOR H UM


ERIC ORSE AS T'EE FOR T PRICE


GORDON & REES LLP
C/O DONALD JAMES VERFURTH
701 5TH AVE STE 2100
SEATTLE, WA 98104


GREGORY G WALLACE
800 5TH AVE STE 3810
SEATTLE, WA 98104


HYUN J AND JIN S UM
J TODD TRACY
THE TRACY LAW GROUP PLLC
720 OLIVE WAY STE 1000
SEATTLE, WA 98101


HYUN J AND JIN S UM


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVICE
ATTN CHIEF SPECIAL PROCEDURES
915 SECOND AVENUE, M/S W245
SEATTLE, WA 98174


INTERVEST-MORTGAGE INVESTMENT
C/O WITHERSPOON KELLEY
422 RIVERSIDE AVENUE  STE 1100
SPOKANE, WA 99201
```

JAMES BENJAMIN MEADE II
FORSBERG & UMLAUF PS
1 N TACOMA AVE STE 200
TACOMA, WA 98403-3131


JANET L. HILL
PO BOX 33823
SEATTLE, WA 98133-0823


JENNIFER KALI SHEFFIELD
1420 5TH AVE STE 4100
SEATTLE, WA 98101


LANE POWELL PC
C/O LAURA MARQUEZ-GARRETT
PO BOX 91302
SEATTLE, WA 98111


LORRAINE A. OLSON REV. TRUST
C/O STEVE OLSON
6622 112TH STREET E
PUYALLUP, WA 98373


MATTHEW LAURENCE SWEENEY
PO BOX 7935
TACOMA, WA 98417-0935


MENDI SAKAMOTO
19940 SW 58TH TERRACE
TUALATIN, OR 97062


MICHAEL MAURICE FLEMING
RYAN SWANSON & CLEVELAND PLLC
1201 3RD AVE STE 3400
SEATTLE, WA 98101


MICHELLE PETERSON
DLA PIPER LLP
701 5TH AVE STE 7000
SEATTLE, WA 98104


MUELLER & PARTIN CPAS & FORENS
ATTN: JAMIE NELSON
WASHINGTON FEDERAL CENTER
400 108TH AVE. NE  STE 615
BELLEVUE, WA 98004

```
NAEGELI DEPOSITION AND TRIAL
ATTN: CHRISTIAN KNOX
111 SW FIFTH AVE.  STE 2020
PORTLAND, OR 97204


NATIONWIDE AFFORDABLE HOUSIN
C/O BART REED
STOEL RIVES
600 UNIVERSITY ST STE 3600
SEATTLE, WA 98101-3197


OLSON BROTHERS EXCAVATING INC.
C/O SPENCER LAW FIRM, LLC
1326 TACOMA AVE S  STE. 200
TACOMA, WA 98402


ORLANDINI & WALDRON
ATTN: MARK WALDRON
6711 REGENTS BLVD
TACOMA, WA 98466-5421


P & U CAPITAL PARTNERS I, LLC
6416 PACIFIC HWY E. #300
TACOMA, WA 98424


QUEEN HIGH FULL HOUSE, LLC
6416 PACIFIC HWY E #300
TACOMA, WA 98424


RAYMOND FAULKNER
C/O ADAM PHILLIP KARP
114 W MAGNOLIA ST STE 425
BELLINGHAM, WA 98225


RICHARD JEFFREY HYATT
RYAN SWANSON & CLEVELAND PLLC
1201 3RD AVE STE 3400
SEATTLE, WA 98101-3034


ROBERT MALDEN HUGHES
2916 NW 133RD ST
VANCOUVER, WA 98685-2370
```

ROCK POINT PROPERTIES, LLC
BLACK REALTY MANAGEMENT
107 S HOWARD ST # 600
SPOKANE, WA 99201


ROCK POINTE HOLDINGS, LLC
C/O BLACK REALTY MANAGEMENT
107 S HOWARD ST # 600
SPOKANE, WA 99201


SALVADOR ALEJO MUNGIA II
GORDON THOMAS HONEYWELL
PO BOX 1157
TACOMA, WA 98401


SAMMY WOONHA LEE
636 120TH AVE NE  STE A200
BELLEVUE, WA 98005


SAMMY WOONHA LEE
C/O RICK J. WATHEN
303 BATTERY STREET
SEATTLE, WA 98121-1419


SAMMY WOONHA LEE
C/O CHARLES P. MOURE
600 STEWART ST STE 1200
SEATTLE, WA 98101


SHAWN BURNHAM REDIGER
WILLIAMS KASTNER & GIBBS
601 UNION ST STE 4100
SEATTLE, WA 98101-2380


SHERWIN WILLIAMS CO.
C/O FRANK RAYMOND SIDERIUS
SIDERIUS LONERGAN & MARTIN LLP
500 UNION ST STE 847
SEATTLE, WA 98101-2394


SHILLITO & GISKE PS
ATTN: NOEL SHILLITO
1919 N PEARL ST
TACOMA, WA 98406

SPOKANE ROCK I, LLC
HOKWAI WOO
1900 OCCIDENTAL AVE S APT13
SEATTLE, WA 98134


SPOKANE ROCK I, LLC
LAURA MARQUEZ-GARRETT
LANE POWELL PC
420 5TH AVE STE 4200
SEATTLE, WA 98111


SPOKANE ROCK I, LLC
C/O CHARLES R. EKBERG
LANE POWELL PC
1420 5TH AVE  STE.  4100
SEATTLE, WA 98104


STARKOVICH REPORTING SERVICES
ATTN: MARIEL JOHNSON
P.O. BOX 22884
SEATTLE, WA 98112


STERLING BANK
ATTN: B. SICILIA OR J. DELP
111 N WALL ST.  STE 203
SPOKANE, WA 99201


STEW COGAN
STEW COGAN ARBITRATOR-MEDIATOR
1420 5TH AVE STE 3400
SEATTLE, WA 98101


TERIS - SEATTLE, LLC
ATTN: EVONEY WILLIAMS
1001 FOURTH AVENUE, SUITE 2110
SEATTLE, WA 98154


TERRAMETRIC INC.
C/O JANET HILL
PO BOX 33823
SEATTLE, WA 98133-0823


THOMAS RUSSELL KNOLL JR
OFFICE OF THE ATTORNEY GENERAL
PO BOX 40145
OLYMPIA, WA 98504

```
THOMAS W. AND PATRICIA PRICE
J TODD TRACY
THE TRACY LAW GROUP PLLC
720 OLIVE WAY STE 1000
SEATTLE, WA 98101


THOMAS W. AND PATRICIA PRICE



UMPQUA BANK
C/O DANIEL ANDREW BROWN
WILLIAMS KASTNER
601 UNION ST STE 4100
SEATTLE, WA 98101-1368


UNITED STATES ATTORNEY
ATTN: BANKRUPTCY ASSISTANT
US COURTHOUSE
700 STEWART ST, RM 5220
SEATTLE, WA 98101


UPSIDE MANGEMENT LLC
601 108TH AVE NE  STE 1900
BELLEVUE, WA 98004


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


VELOCITY CAPITAL PARTNERS, LLC
MCKITTRICK, INC. RECIEVER
ATTN: KIMBERLEY MCGAIR
121 SW MORRISON STREET  STE 60
PORTLAND, OR 97204


WA STATE DEPT. OF REVENUE
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121


WA. STATE - ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE. STE #2000
SEATTLE, WA 98104
```

```
WF CAPITAL, INC.
LASHER HOLZAPFEL SPERRY & EBBE
ATTN: PHIL BEDNAR
601 UNION ST., SUITE 2600
SEATTLE, WA 98101


WILLAIM STEGEMAN
C/O MARK WALDRON
ORLAMDOMO & WALDRON, P.S.
6711 REGENTS BLVD.
TACOMA, WA 98466


YOST MOONEY & PUGH CONTRACTORS
C/O MICHAEL CURRIN
1100 US BANK BLDG
422 W RIVERSIDE AVE
SPOKANE, WA 99201-0369
```

# United States Bankruptcy Court
## Western District of Washington

In re   **Prium Companies, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Prium Companies, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 15, 2014**

Date

**/s/ Diana K. Carey**

**Diana K. Carey 16239**

Signature of Attorney or Litigant

Counsel for   **Prium Companies, LLC**

**Karr Tuttle Campbell**
**701 Fifth Avenue**
**Suite 3300**
**Seattle, WA 98104**
**206 223 1313 Fax:206 682 7100**