The Honorable Paul B. Snyder
Chapter 11
**EX PARTE**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re | Bankruptcy Case No. 14-44512-PBS |
|---|---|
| PRIUM COMPANIES, LLC, | EX PARTE MOTION FOR AUTHORIZATION TO FILE MONTHLY FINANCIAL REPORT FOR NON-OPERATING CORPORATION OR PARTNERSHIP |
| Debtor. | |

The Debtor-in-Possession ("Prium" or "Debtor"), through its attorneys Karr Tuttle Campbell, P.S., moves the Court *ex parte* for entry of an order limiting the monthly financial reporting requirements under Local Bankruptcy Rule 2015-1(a) to filing a Monthly Financial Report for Non-Operating Corporation or Partnership (Form UST-19).

In support of this motion, the Debtor represents and alleges as follows:

1. Pursuant to LBR 2015-1(a), the Debtor is required to file with the Court and serve on the U.S. Trustee, and each member of any committees and their authorized agents, a monthly financial report described in such rule. Because the Debtor filed its petition on August 15, 2014, its first monthly report is due on September 14, 2014.
*EX PARTE* MOTION FOR AUTHORIZATION
TO FILE MONTHLY FINANCIAL REPORT FOR
NON-OPERATING CORPORATION OR PARTNERSHIP - 1
#946208 v1 / 45604-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Case 14-44512-PBS   Doc 6   Filed 08/18/14   Ent. 08/18/14 16:12:51   Pg. 1 of 3

2.       The Debtor itself owns no real property but holds membership interests in several subsidiary LLCs, which subsidiaries own real property.    As reflected in Schedules I and J, the Debtor has no current income or expenditures. Because of this, the Debtor requests that it be allowed to limit its monthly financial reporting requirements to filing and serving a Monthly Financial Report for Non-Operating Corporation or Partnership (Form UST-19).

3.       The Debtor agrees to immediately notify the U.S. Trustee and fully comply with the monthly financial reporting requirements of LBR 2015-1(a) in the event that Prium commences or resumes active operations.

WHEREFORE, the Debtor respectfully requests that this Court enter an order limiting the Debtor's monthly financial reporting requirements under LBR 2015-1(a) to timely filing and serving a Monthly Financial Report for Non-Operating Corporation or Partnership (Form UST-20).

DATED this 18th day of August 2014.

/s/ Diana K. Carey_____
Diana K. Carey, WSBA #16239
Michael M. Feinberg, WSBA #11811
Attorneys for Prium Companies, LLC
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: (206) 223-1313
Fax: (206) 682-7100
E-mail: dcarey@karrtuttle.com
           mfeinberg@karrtuttle.com

EX PARTE MOTION FOR AUTHORIZATION
TO FILE MONTHLY FINANCIAL REPORT FOR
NON-OPERATING CORPORATION OR PARTNERSHIP - 2
#946208 v1 / 45604-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Case 14-44512-PBS    Doc 6    Filed 08/18/14    Ent. 08/18/14 16:12:51    Pg. 2 of 3

## CERTIFICATION

I hereby certify that on August 18, 2014, I caused to be transmitted to the Office of the U.S. Trustee a copy of the foregoing Motion and the Proposed Order as follows:

USTPRegion18.SE.ECF@usdoj.gov, and Thomas.A.Buford@usdoj.gov

/s/ Diana K. Carey

Diana K. Carey, WSBA # 16239

*EX PARTE* MOTION FOR AUTHORIZATION
TO FILE MONTHLY FINANCIAL REPORT FOR
NON-OPERATING CORPORATION OR PARTNERSHIP - 3
#946208 v1 / 45604-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100